# TIFFANY & BOSCO
#### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-18344

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Charles John Crowell and Christa Kaye Crowell<br>Debtors.<br><br>Deutsche Bank Natl. Trust Co., as Trustee for New Century Alternative Mortgage Loan Trust 2006-ALT1<br><br>Movant,<br>vs.<br><br>Charles John Crowell and Christa Kaye Crowell, Debtors, Office of the US Trustee.<br><br>Respondents. | No. 4:09-bk-07333-JMM<br><br>Chapter 11<br><br>MOVANT'S MOTION TO LIFT THE AUTOMATIC BANKRUPTCY STAY<br><br>RE: Real Property Located at<br>2977 Camino Las Palmeras<br>Sierra Vista, AZ 85650 |

Movant hereby request an order granting relief from the automatic stay of 11 U.S.C. 362(a), to permit Movant to foreclose the lien of its Mortgage/Deed of Trust on real property owned by the debtors, by trustee's sale, judicial foreclosure proceedings or the exercise of the power of sale, and to obtain possession and control of the real property.

This motion is supported by the attached Memorandum of Points and Authorities, which is incorporated herein by this reference.

Dated this 27th day of July, 2009.

Respectfully submitted,

TIFFANY & BOSCO, P.A.

BY /s/ MSB # 010167
Mark S. Bosco
Leonard J. McDonald
Attorneys for Movant

## **MEMORANDUM OF POINTS AND AUTHORITIES**

Charles John Crowell and Christa Kaye Crowell filed a voluntary petition for protection under Chapter 11 of the Bankruptcy Code. (No trustee has been appointed and debtors continue to act as debtors in possession.)

Debtors have interest in certain real property located in Maricopa County, Arizona, more particularly described as:

Lot 78, CANYON DE FLORES PHASE 2A, according to Book 14 of Maps, page 85 records of Cochise County, Arizona.

A Note was executed which is secured by a Deed of Trust, dated March 14, 2006, recorded in the office of the Maricopa County Recorder's Office. True copies of the Note and Deed of Trust are annexed as Exhibits "A" and "B", respectively, and made a part hereof by this reference.

Debtors are in default on the obligation to Movant for which the property is security, and payments are due under the Promissory Note from and after May, 2009.

Debtors are in default on their obligation to Movant for which the property is security, and payments are due under the Promissory Note from and after May 1, 2009. The current default amount is set forth below:

| | |
|---|---|
| 3 MONTHLY PAYMENTS AT $3,450.42 | $10,351.26 |
| (MAY 1, 2009-JULY 1, 2009) | |
| FORECLOSURE FEES AND COSTS | $ 2,721.50 |
| MOTION FOR RELIEF FILING FEE | $    150.00 |
| ATTORNEY FEES & COSTS | $    800.00 |
| TOTAL AMOUNT OF POST PETITION DEFAULT | $14,022.76 |

Furthermore, a payment becomes due on August and on the 1st day of every month thereafter, and a late charge becomes due on any payment not paid within fifteen (15) days from the date the monthly payment is due.

Movant is informed and believes and therefore alleges that the Debtors and estate have no equity in the property; that the Property is not necessary to an effective reorganization in light of the amount of equity Movant's lien as well as other liens remaining unpaid on the Property; and that the Property, rents, issues and profits therefrom are burdensome and of inconsequential value to the estate.

Further, Movant is informed and believes and therefore alleges that the Debtor and the estate are not adequately protected based upon the Debtor's failure to make payments on a timely basis.

Debtors are indebted to Deutsche Bank Natl. Trust Co., as Trustee for New Century Alternative Mortgage Loan Trust 2006-ALT1 in the total amount of $409711.4000, plus accruing interest, costs, and attorneys' fees.

## **CONCLUSION**

Movant requests that the court enter an order vacating the automatic stay of 11 U.S.C. Section 362(a) and Movant may immediately enforce and implement the order for relief from the automatic stay as to the debtors, their bankruptcy estate, the property, and Movant; to allow Movant to foreclose the lien of its Deed of Trust or Mortgage; to evict debtors and/or successors of debtors; and to obtain ownership,

…

1  possession and control of the Property.

3  DATED this 27th day of July, 2009.

5                                    BY  /s/ MSB # 010167
                                         Mark S. Bosco
6                                        Leonard J. McDonald
                                         2525 East Camelback Road, Ste. 300
7                                        Phoenix, Arizona 85016
8                                        Attorneys for Movant