THIS ORDER IS APPROVED.

Dated: July 30, 2009




**JAMES M. MARLAR**
**U.S. Bankruptcy Judge**



MCGUIRE GARDNER P.L.L.C.
Pernell W. McGuire (SBN 015909)
320 N. Leroux
Flagstaff, AZ 86001
Telephone: (928) 779-1173
Facsimile: (928) 779-1175
pmcguire@mcguiregardner.com
Attorneys for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE<br><br>CHARLES AND CHRISTA CROWELL<br><br>Debtor | Case No. 4:09-bk-07333-JMM<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION REGARDING USE OF CASH COLLATERAL BETWEEN DEBTORS AND WEBSTER BANK AND DECISION ONE MORTGAGE AND APPROVING MOTION TO USE CASH COLLATERAL AS TO NON-OBJECTING CREDITORS** |

Pursuant to the stipulation of the parties, and for good cause shown, it is hereby:

**ORDERED** that with respect to the property at 3121 Camino Las Palmeras, Sierra Vista, AZ, 85650, which property secures an obligation owed to Creditor Webster Bank, that the Debtors are authorized to pay the actual expenses of operating

1

the property incurred through July 31, 2009, as set forth in Debtors Motion for Authorization to Use Cash Collateral with the exception of the following expenses: landscaping expense, and furniture expense. No further payments shall be made without consent of Webster or further order of this Court.

**IT IS FURTHER ORDERED**, that no payment shall be made to the Debtors for the management of the 3121 Camino Las Palmeras property unless authorized by further order of this court.

**IT IS FURTHER ORDERED,** that with respect to the property at 7852 Windsock Dr., Hereford, AZ, 85615 which property secures an obligation owed to Decision One Mortgage Company, LLC, that the Debtors are authorized to pay the actual expenses of operating the property incurred through July 31, 2009, as set forth in Debtors Motion for Authorization to Use Cash Collateral with the exception of the following expenses: landscaping expense.

**IT IS FURTHER ORDERED**, that no payment shall be made to the Debtors for the management of the 7852 Windsock property unless authorized by further order of this court.

**IT IS FURTHER ORDERED**, that Debtors will provide an accounting of rents and expenses to Decision One Mortgage Company, LLC within ten business days of receiving a request for same from Decision One.

**IT IS FURTHER ORDERED,** that having received no objection to the expense payments for the following properties: 3584 Cabo Cope Drive, Sierra Vista,

AZ, 85650, 4413 Redwood Street, Sierra Vista, AZ, 85650, and 2977 Camino Las Palmeras, Sierra Vista, AZ, 85650, that the Debtors are authorized to pay the expenses of operating these properties, as set forth in the Motion, including adequate protection payments as set forth therein, unless and until this order is modified by further order of this Court.


CHIEF JUDGE JAMES M. MARLAR