THIS ORDER IS APPROVED.

Dated: September 01, 2009





JAMES M. MARLAR
U.S. Bankruptcy Judge



McGuire Gardner P.L.L.C.
Pernell W. McGuire – SBN 015909
320 N. Leroux, Suite A
Flagstaff, AZ 86001
Telephone: (928) 779-1173
Facsimile: (928) 779-1175
pmcguire@mcguiregardner.com
Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

In re

CHARLES and CHRISTA CROWELL,

Debtors.

Case No. 4:09-BK-07333-JMM

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE PLAN AND DISCLOSURE STATEMENT**

The Court having considered the Debtors' Motion to Extend Time to File Plan and Disclosure Statement and there being no objection thereto and good cause appearing therefore, it is hereby

**ORDERED** that Debtors shall file their plan and disclosure statement on or before September 11, 2009.

_____
UNITED STATES BANKRUTPCY JUDGE

1