# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | CHARLES JOHN & CHRISTA KAYE CROWELL |
| **Case Number:** | 4:09-BK-07333-JMM   **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, SEPTEMBER 08, 2009 11:00 AM   COURTROOM 206 |
| **Bankruptcy Judge:** | JAMES M. MARLAR |
| **Courtroom Clerk:** | CINDY TURNBULL |
| **Reporter / ECR:** | ALICIA JOHNS |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY DECISION ONE MORTGAGE CO., LLC .

**R / M #:**   48 / 0

## Appearances:

PERNELL W. MCGUIRE, ATTORNEY FOR CHARLES JOHN CROWELL, CHRISTA KAYE CROWELL, APPEARING BY PHONE
GERARD R O'MEARA, ATTORNEY FOR DECISION ONE

## Proceedings:

MR. O'MEARA STATES THE DEBTORS HAVE SUGGESTED A SHORT SALE, BUT HE HASN'T HEARD FOR SURE.  THERE HAS BEEN NO PROGRESS IN SETTLING THIS ISSUE.  HE DOESN'T KNOW IF THE BANK WILL ACCEPT A SHORT SALE.

MR. MCGUIRE STATES THE PLAN IS DUE THIS WEEK.

COURT:  A FINAL HEARING WILL BE SET FOR OCTOBER 5, 2009 AT 11:15 A.M. (1 MIN.)  THE CREDITOR HAS TO APPROVE A SHORT SALE BEFORE THE COURT CAN APPROVE IT.

***SUBSEQUENTLY, THE FINAL HEARING WILL BE SET FOR OCTOBER 5, 2009 AT 10:30 A.M.