

MCGUIRE GARDNER P.L.L.C.
Pernell W. McGuire (SBN 015909)
320 N. Leroux
Flagstaff, AZ 86001
Telephone: (928) 779-1173
Facsimile: (928) 779-1175
pmcguire@mcguiregardner.com
Attorneys for Debtors

**THIS ORDER IS APPROVED.**

Dated: September 22, 2009



_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE | Case No. 4:09-bk-07333-JMM |
| CHARLES AND CHRISTA CROWELL | Chapter 11 |
| Debtor | **ORDER SETTING HEARING ON DISCLOSURE STATEMENT AND NOTICE OF DATE TO FILE PROOFS OF CLAIM** |

TO:   All creditors, and other parties in interest:

A disclosure statement and plan under Chapter 11 of the Bankruptcy code having been filed on behalf of the above-captioned Debtor,

IT IS HEREBY ORDERED AND NOTICE IS HEREBY GIVEN THAT:

1. The hearing to consider the approval of the disclosure statement shall be held on October 26, 2009, at 11:30 am at United States Bankruptcy Court, 38 South Scott Avenue, Courtroom 329, Tucson, AZ 85701.

1



2.	The last day for filing with the Court and serving in accordance with Rule 3017(a), written objections to the disclosure statement, is fixed at five (5) business days prior to the hearing date set for approval of the disclosure statement.

3.	Within the time limit imposed by Bankruptcy Rules 2002(b) and 3017(a), the proponent of the plan shall transmit the disclosure statement and plan to any committee appointed pursuant to section 102 of the Code; the Securities and Exchange Commission, 901 Market Street, #470, San Francisco, CA 94103; and any party in interest who has requested or requests in writing a copy of the disclosure statement and plan, **and shall mail this order to the above parties and to all creditors and other interested parties.** The plan proponent shall file a certificate or affidavit evidencing such transmission.

4.	The Debtor has filed a list of creditors pursuant to Rule 1007. Unless otherwise ordered by the Court previously, any creditor holding a claim which is not listed as disputed, contingent, or unliquidated as to amount, may, but need not, file a proof of claim in this case. Creditors whose claims are not listed or whose claims are listed as disputed, contingent, or unliquidated as to amount and who desire to participate in the case or share in any distribution must file their proof of claim prior to the date of approval of the disclosure statement, **WHICH DATE IS HEREBY FIXED AS THE LAST DAY FOR FILING A PROOF OF CLAIM, UNLESS A DIFFERENT LAST DATE TO FILE CLAIMS HAS BEEN PREVIOUSLY ORDERED AND PASSES**



**PRIOR THERETO.**  Any creditor who desires to rely on this list has the responsibility for determining that he is accurately listed.

5. Requests for copies of the disclosure statement and plan shall be mailed to the proponent of the plan in care of Pernell W. McGuire, 320 N. Leroux Street, Flagstaff, Arizona.

Dated this _____ day of _____, 2009.

_____
Judge, United States Bankruptcy Court