# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | CHARLES JOHN & CHRISTA KAYE CROWELL |
| **Case Number:** | 4:09-BK-07333-JMM    **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, OCTOBER 05, 2009 10:30 AM   COURTROOM 329 |
| **Bankruptcy Judge:** | JAMES M. MARLAR |
| **Courtroom Clerk:** | CINDY TURNBULL |
| **Reporter / ECR:** | BEVERLY GRANILLO |

## Matters:

1) STATUS HEARING RE MOTION FOR ABSTENTION AND REMAND FILED BY RAMSEY RESERVE, LLC, RIO CORTE, LLC, APACHE POINTE, LLC. (RELATES TO ADV. NO. 09-0743)
   **R / M #:** 71 / 0

2) FINAL HEARING ON MOTION FOR RELIEF FROM STAY FILED BY DECISION ONE MORTGAGE CO., LLC
   **R / M #:** 48 / 0

3) PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY J & J AND A & A, LLC .
   **R / M #:** 116 / 0

## Appearances:

PERNELL W. MCGUIRE, ATTORNEY FOR CHARLES JOHN CROWELL, CHRISTA KAYE CROWELL, APPEARING LATE BY PHONE
CHARLES R HYDE, ATTORNEY FOR J & J AND A & A LLC
KEVIN SHERLOCK, APPEARING FOR ERIC J MCNEILUS, ATTORNEY FOR PLAINTIFFS, APPEARING BY PHONE
GERARD R O'MEARA, ATTORNEY FOR DECISION ONE, AND PLAINTIFFS IN THE ADVERSARY MATTER
MATT GOLDSTEIN, ATTY FOR APACHE POINT, RIO CORTE, LLC, AND RAMSEY RESERVE, LLC ON THE ABSTENTION ISSUE

## Proceedings:

ITEM #1:  MR. O'MEARA STATES THE PARTIES CAME CLOSE TO SETTLING IN ADVERSARY 09-0743, BUT THE DEBTORS' PROPOSAL WAS VOTED DOWN BY VARIOUS INVESTORS.  NO SETTLEMENT EXISTS.

COURT:  NO SETTLEMENT HAVING OCCURRED, IT IS THEREFORE RIPE FOR THE COURT TO RULE ON THE MOTION FOR ABSTENTION AND REMAND (DKT 71 IN THE ADMINISTRATIVE FILE).  THIS COURT WILL PROCEED TO RULE ON THAT MATTER.  JUDGE HOLLOWELL, BASED ON THIS RECORD, MAY VACATE FURTHER PROCEEDINGS RELATED TO THE SETTLEMENT CONFERENCE, AS MOOT AND FUTILE.

MR. MCGUIRE STATES HE DIDN'T FILE A RESPONSIVE PLEADING.  THIS IS AN ISSUE THAT DOESN'T AFFECT THE DEBTORS, AND HE EXPLAINS WHY.  THERE ARE A LOT OF ISSUES THAT DON'T INVOLVE THE CROWELLS.

ITEM #2: MR. O'MEARA REQUESTS A 30-DAY CONTINUANCE.  THEY WANT TO DO A SHORT SALE.

COURT:  THE FINAL HEARING WILL BE CONTINUED TO OCTOBER 26, 2009 AT 11:15 A.M., AT THE REQUEST OF THE PARTIES.

ITEM #3:  MR. MCGUIRE STATES HE DOESN'T OPPOSE STAY RELIEF ON THE RAMSEY RESERVE PROPERTY, BUT HE DOES OPPOSE STAY RELIEF ON THE OTHER PROPERTIES.

COURT:  THE STAY WILL BE LIFTED ON THE 20 ACRES ONLY (RAMSEY RESERVE PROPERTY).  MR. HYDE CAN UPLOAD THE ORDER.  THE BALANCE OF THE LIFT STAY WILL BE SET FOR AN EVIDENTIARY FINAL HEARING.  THAT HEARING WILL BE SET FOR THE SAME DATE AND TIME AS THE CONFIRMATION HEARING ON NOVEMBER 24, 2009 AT 9:00 A.M.

C- JUDGE HOLLOWELL