# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Secured Creditor

09-10517/0009278052

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 4:09-bk-07333-JMM |
| Charles John Crowell and Christa Kaye Crowell | Chapter 11 |
| Debtors. | OBJECTION TO 11 PLAN |
| U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Mortgage Trust Series 2006-4 Home Equity Mortgage Pass-Through Certificates, Series 2006-4 | |
| Secured Creditor, | |
| vs. | |
| Charles John Crowell and Christa Kaye Crowell, Debtors; Office of the US Trustee, Trustee. | |
| Respondents. | |

U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Mortgage Trust Series 2006-4 Home Equity Mortgage Pass-Through Certificates, Series 2006-4, a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed 11 Plan filed by the Debtors for the following reasons:

1. U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Mortgage Trust Series 2006-4 Home Equity Mortgage Pass-Through Certificates, Series 2006-4, files this response to the proposed 11 Plan of the Debtor. The Chapter 11 Plan provides for an impermissible cram down of U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Mortgage Trust Series 2006-4 Home Equity Mortgage Pass-Through Certificates, Series 2006-4,'s lien interest on the real property commonly known as 2977 Camino Las Palmeras, Sierra Vista AZ 85650.

U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Mortgage Trust Series 2006-4 Home Equity Mortgage Pass-Through Certificates, Series 2006-4, objects to the value of the subject real property as Debtors arbitrarily proposes that the fair market value of Secured Creditor's claim is  without providing any legal or factual authority for such capricious treatment. Such modification is simply not supported by the Bankruptcy Code or the facts of this case.

WHEREFORE, secured creditor prays as follows:

(1) That the 11 Plan be denied.

(2) For such other relief as this Court deems proper.

DATED this 28th day of October, 2009.

                Respectfully submitted,

                TIFFANY & BOSCO, P.A.

                BY   /s/ MSB # 010167
                    Mark S. Bosco
                    Leonard J. McDonald
                    Attorneys for Secured Creditor

COPY of the foregoing mailed
October 28, 2009 to:

Charles John Crowell and Christa Kaye Crowell
PO Box 1395
Hereford, AZ  85615
Debtors

Pernell W. McGuire
320 N. Leroux, Suite A
Flagstaff, AZ 86001
Attorney for Debtors

Office of the US Trustee
230 North First Ave.
Suite 204
Phoenix, AZ 85003
Trustee

Internal Revenue Service
United States Department Of Treasury
210 East Earll Dr.
Phoenix, AZ 85012

Americas Servicing Company
P.O. Box 10388
Des Moines, IA 50306-0388

Sierra Vista 41 Lender LLC
1619 E. El Camino Dr.
Phoenix, AZ 85020

Countrywide Homes Loans
P.O. Box 650070
Dallas, TX 75265

Litton Loan Servicing
P.O. Box 4387
Houston, TX 77210-4367

Litton Loan Servicing
4828 Loop Central Dr.
Houston, TX 77081

Saxon Mortgage Services
P.O. Box 961105
Fort Worth, TX 76161

Select Portfolio Servicing
P.O. Box 66250
Salt Lake City, UT 84165-0250

Southwest Desert Images LLC
4938 E. Buffalo Soldier Trail
Sierra Vista, AZ 85650

Webster Bank
609 W. Johnson Ave.
Cheshire, CT 06410

J & J and A & A LLC
1801 Camino Reserve
Sierra Vista, AZ 85635

Apache Pointe 302 Lender LLC
1619 E. El Camino Dr.
Phoenix, AZ 85020

Rio Corte Lender LLC
1619 E. El Camino Dr.
Phoenix, AZ 85020

Bisbee 41 Lender LLC
Administrative Member Inc.
4518 N. 32nd St.
Phoenix, AZ 85018

Robert Kirk
10560 S. Stone Ridge Rd.
Hereford, AZ 85615

Donald Updike
4373 S. Highway 92
Sierra Vista, AZ 85650

Howard Myers
7111 N. Pampa Pl.
Tucson, AZ 85704

John DeSylvester
1226 E. Fairmont Dr.
Tempe, AZ 85282

Randy Hyde
1415 E. Moonrise Trail
Sierra Vista, AZ 85615

| | |
|---|---|
| 1 | APS<br>P.O. Box 53933 Sta. 3200<br>Phoenix, AZ 85072 |
| 2 | |
| 3 | |
| 4 | Tombstone Federal Credit Union<br>P.O. Box 305<br>Tombstone, AZ 85638 |
| 5 | |
| 6 | By: Wendy VanLuven |

APS
P.O. Box 53933 Sta. 3200
Phoenix, AZ 85072

Tombstone Federal Credit Union
P.O. Box 305
Tombstone, AZ 85638

By: Wendy VanLuven