# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

### Hearing Information:

| | |
|---|---|
| Debtor: | CHARLES JOHN & CHRISTA KAYE CROWELL |
| Case Number: | 4:09-BK-07333-JMM   Chapter: 11 |
| Date / Time / Room: | MONDAY, OCTOBER 26, 2009 11:15 AM   COURTROOM 329 |
| Bankruptcy Judge: | JAMES M. MARLAR |
| Courtroom Clerk: | CINDY TURNBULL |
| Reporter / ECR: | LUPE MARTINEZ |

### Matter:

CONTINUED FINAL HEARING ON MOTION FOR RELIEF FROM STAY FILED BY DECISION ONE MORTGAGE CO., LLC (CONT. FROM 10/5/09)

R / M #:   48 / 0

### Appearances:

MATTHEW GOLDSTEIN, ATTORNEY FOR DECISION ONE

### Proceedings:

MR. GOLDSTEIN STATES THE PARTIES HAVE AGREED ON A RESOLUTION.  HE WILL SUBMIT A STIPULATION.

COURT:  THIS MATTER IS VACATED ON STIPULATION OF THE PARTIES.