

**THIS ORDER IS APPROVED.**

**Dated: November 11, 2009**



**JAMES M. MARLAR**
**Chief Bankruptcy Judge**



MCGUIRE GARDNER P.L.L.C.
Pernell W. McGuire  (SBN 015909)
320 N. Leroux
Flagstaff, AZ  86001
Telephone: (928) 779-1173
Facsimile: (928) 779-1175
pmcguire@mcguiregardner.com
Attorneys for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE | Case No.  4:09-bk-07333-JMM |
| CHARLES AND CHRISTA CROWELL | Chapter 11 |
| Debtor | **ORDER CONTINUING HEARINGS** |

Upon Motion for counsel for debtor, and good cause appearing therefor,

**IT IS HEREBY ORDERED** continuing all preliminary and final hearings that were to follow the previously scheduled hearing on November 24, 2009, specifically:

- Final hearing on Motion for Relief from Stay filed by Saxon Mortgage Services, Inc.
- Final hearing on Motion for Relief from Stay filed by Deutsche Bank National Trust Company
- Final hearing on Motion for Relief from Stay filed by Bank of America, national Association
- Final hearing on Motion for Relief from Stay filed by Sierra Vista 41 Lender, LLC

1



- Evidentiary final hearing on Motion for Relief from Stay filed by J & J and A & A, LLC
- Final hearing on Motion for Relief from Stay filed by Webster Bank.

be continued to follow the Plan Confirmation hearing in this matter for January 26, 2009, at 10:00 am

    Dated this _____ day of _____, 2009.


                                                _____
                                                Judge, United States Bankruptcy Court