# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | CHARLES JOHN & CHRISTA KAYE CROWELL | | |
| **Case Number:** | 4:09-BK-07333-JMM | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, DECEMBER 10, 2009 09:45 AM   COURTROOM 329 | | |
| **Bankruptcy Judge:** | JAMES M. MARLAR | | |
| **Courtroom Clerk:** | CINDY TURNBULL | | |
| **Reporter / ECR:** | BEVERLY GRANILLO | | |

## *Matter:*

CONTINUED EVIDENTIARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY A & A AND J & J, LLC. (CONT. FROM 11/24/09)

**R / M #:**   116 / 0

## *Appearances:*

JAMES MCGUIRE, ATTORNEY FOR CHARLES JOHN CROWELL, CHRISTA KAYE CROWELL
CHARLES R HYDE, ATTORNEY FOR J & J AND A & A
JAMES DOUGLAS, WITNESS
MR. CROWELL, WITNESS

## *Proceedings:*

MR. HYDE STATES THE PARTIES HAVE STIPULATED TO THE ADMISSION OF ALL EXHIBITS.

COURT:  ARE THERE DIFFERENT APPRAISALS?

MR. HYDE RESPONDS.  HE EXPLAINS WHY EXHIBIT 8 IS MISSING.  HE DOESN'T HAVE EVIDENCE FOR THE VALUE OF THE 20 ACRES.  HE STATES HIS APPRAISER IS EITHER UNWILLING, OR DOESN'T HAVE THE ABILITY TO APPEAR.

MR. MCGUIRE ADDRESSES THE COURT.  HE REQUESTS A CONTINUANCE TO THE SAME DATE AND TIME AS CONFIRMATION.  RENT AND TURNOVER ISSUES ARE DISCUSSED.

COURT:  MR. HYDE WANTS TO GO FORWARD TODAY ON CAUSE.

MR. HYDE CALLS MR. CROWELL AS HIS FIRST WITNESS.  HE IS SWORN AND CROSS-EXAMINED.

MR. MCGUIRE EXAMINES THE WITNESS.

MR. HYDE RE-CROSSES.

THE COURT EXCUSES THE WITNESS.

MR. HYDE CALLS JAMES DOUGLAS AS HIS NEXT WITNESS, HE IS SWORN AND EXAMINED.

MR. MCGUIRE CROSS-EXAMINES HIM.

THE COURT EXCUSES MR. DOUGLAS AND WILL DENY TODAY'S RELIEF BECAUSE THE BURDEN OF PROOF HASN'T BEEN MET.