**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Secured Creditor
09-18344/1335001370

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Charles John Crowell and Christa Kaye Crowell<br><br>Debtors.<br>_____<br>Deutsche Bank Natl. Trust Co., as Trustee for New Century Alternative Mortgage Loan Trust 2006-ALT1<br><br>Secured Creditor,<br>vs.<br><br>Charles John Crowell and Christa Kaye Crowell, Debtors; Office of the US Trustee, Trustee.<br><br>Respondents. | No. 4:09-bk-07333-JMM<br><br>Chapter 11<br><br>AMENDED OBJECTION TO<br>2nd AMENDED CHAPTER 11 PLAN |

Deutsche Bank Natl. Trust Co., as Trustee for New Century Alternative Mortgage Loan Trust 2006-ALT1 ("Deutsche Bank"), a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed 11 Plan filed by the Debtor for the following reasons:

1. Deutsche Bank files this objection to the proposed 11 Plan of the Debtors. The Chapter 11 Plan provides for an impermissible cram down of Deutsche Bank's lien interest on the real property commonly known as 2977 Camino Las Palmeras, Sierra Vista AZ 85650.

Deutsche Bank, objects to the proposed payment of $190,000.00 to creditor J&J and A&A LLC. Debtors' Second Amended Chapter 11 Plan provides that the first $190,000.00 in payments shall be paid to Secured Creditor J&J, with the remaining $185,000 to be paid to Deutsche Bank. A real and justiciable controversy exists between Deutsche Bank and J&J regarding the respective lien priority between the two creditors. Deutsche Bank believes it is in first lien position as its loan on its Deed of Trust in the original principal amount of $417,000.00 was closed in March 2006. Deutsche Bank believes J&J had actual knowledge of Deutsche Bank's lien position and will be filing an adversary Complaint to establish the lien position between the respective creditors.

WHEREFORE, secured creditor prays as follows:

(1) That the Second Amended Chapter 11 Plan be denied.

(2) For such other relief as this Court deems proper.

DATED this 15th day of January, 2010.

Respectfully submitted,

TIFFANY & BOSCO, P.A.

BY  /s/ MSB # 010167
    Mark S. Bosco
    Leonard J. McDonald
    Attorneys for Secured Creditor

COPY of the foregoing mailed
January 15, 2010 to:

Charles John Crowell and Christa Kaye Crowell
PO Box 1395
Hereford, AZ  85615
Debtors

Pernell W. McGuire
320 N. Leroux, Suite A
Flagstaff, AZ 86001
Attorney for Debtors

Office of the US Trustee
230 North First Ave.
Suite 204
Phoenix, AZ 85003
Trustee

By: April Crane