# McGuire Gardner P.L.L.C.
Pernell W. McGuire  (SBN 015909)
320 N. Leroux
Flagstaff, AZ  86001
Telephone: (928) 779-1173
Facsimile: (928) 779-1175
pmcguire@mcguiregardner.com
Attorneys for Debtors



# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE | Case No.  4:09-bk-07333-JMM |
|---|---|
| CHARLES AND CHRISTA CROWELL | Chapter 11 |
| Debtor | **BALLOT REPORT** |

Debtor, through counsel undersigned, pursuant to local rule 3018-1 hereby submits the following ballot report.

| Creditor | Class | Amount | Accept | Reject |
|---|---|---|---|---|
| Tombstone Federal Credit Union | 2 | $36,215 | X | |
| Webster Bank | 3 | $400,000.00 | X | |
| Decision One | 4 | $161,330.69 | | X |
| J & J and A & A | 7 | $1,318,146.27 | | X |
| Cochise County | 8 | $9,526.55 | X | |
| Apache Pointe Lender | 9 | $1,190,310.80 | | X |
| Rio Corte Lender | 9 | $899,963.45 | | X |
| Sierra Vista Lender | 9 | $3,597,989.10 | | X |
| Tombstone Federal Credit Union | 10 | $22,747 | X | |
| Southwest Gas Corp | 10 | $472.82 | X | |

1



| Creditor | Class | Amount | Accept | Reject |
|---|---|---|---|---|
| Roundup Funding, LLC | 10 | $6,991.94 | X | |
| Webster Bank | 10 | $94,483.19 | X | |
| Total Amount Class 10 Accepting | | $124,694.95 | | |
| American Express | 10 | $11,056.11 | | X |
| American Express | 10 | $9,625.74 | | X |
| Citibank | 10 | $7,060.56 | | X |
| Discover Bank | 10 | $6,625.88 | | X |
| Total amount Class 10 rejecting | | $34,368.29 | | |

Classes 2, 3, 8, and 10 are accepting classes. Class 4, 7 and 9 are rejecting classes. Class 1 is a non-voting class and Classes 5 and 6 did not vote.

The following creditors filed objections to plan confirmation: Internal Revenue Service, Arizona Department of Revenue, Decision One, Deutsche Bank and J & J and A & A, LLC.

The debtor intends to proceed with confirmation under 11 U.S.C. § 1129(b).

DATED this 21st day of January, 2010.

                                          MCGUIRE GARDNER, PLLC

                                        /s/ Pernell W. McGuire
                                        Pernell W. McGuire

Copy of the foregoing mailed this 22nd day of January, 2010 to:

Office of the U.S. Trustee
230 N. 1st Ave., #204
Phoenix, AZ 85003

Maria Tsagaris
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076-2102

Attorneys for Litton Loan Servicing, LP
and America's Servicing Company

Terry Bannon
Cochise County Attorney's Office
PO Drawer CA
Bisbee, AZ 85603
Attorneys for Cochise County Treasurer

Lawrence E. Wilk
Jonathan P. Ibsen
Jaburg & Wilk, P.C.
3200 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2440
Attorneys for Webster Bank

GE Money Bank
c/o Recovery Management Systems Corp.
Attn: Ramesh Singh
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Gerard R. O'Meara
Matthew A. Goldstein
Gust Rosenfeld, PLC
One South Church Avenue, Suite 1900
Tucson, AZ 85701-1627
Attorneys for Sierra Vista 41 Lender LLC, Apache Point 30 Lender LLC, and Rio Corte Lender LLC and Decision One Mortgage Company, LLC

Dean R. Prober
Lee S. Raphael
Cassandra J. Richey
David F. Makkabi
Polk, Prober & Raphael
20750 Ventura Boulevard, Suite 100
Woodland Hills, CA 81364
Attorneys for BAC Home Loans Servicing, LP

Nancy K. Swift
Buchalter Nemer
16435 N. Scottsdale Road, Suite 440
Scottsdale, AZ 85254
Attorneys for Tombstone Federal Credit Union


Mark S. Bosco
Leonard J. McDonald
Tiffany & Bosco
2525 East Camelback Road, Suite 300
Phoenix, AZ 85016
Attorneys for Saxon Mortgage Services, Inc. and Deutsche Bank National Trust for New Century Alternative Mortgage Loan Trust 2006-ALT1 and Bank of America, N.A. and Home Equity Mortgage Trust

Corey M. Robertus
Moss Codilis, LLP
1270 Northland Drive, Suite 200
Mendota Heights, MN 55120
Attorneys for Saxon Mortgage Services, Inc.

Charles R. Hyde
The Law Offices of C.R. Hyde, PLC
182 North Court Avenue
Tucson, AZ 85701
Attorneys for J & J and A & A, LLC

/s/ Joan Stoner
  Joan Stoner