# TIFFANY & BOSCO
## P.A.

**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Secured Creditor

09-15427/2000178509

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 4:09-bk-07333-JMM |
| Charles John Crowell and Christa Kaye Crowell | Chapter 11 |
| Debtors. | OBJECTION TO PLAN |
| Deutsche Bank National Trust Company, as Trustee for IXIS Real Estate Capital Trust 2006-HE3 | |
| Secured Creditor, vs. | |
| Charles John Crowell and Christa Kaye Crowell, Debtors; Office of the US Trustee, Trustee. | |
| Respondents. | |

Deutsche Bank National Trust Company, as Trustee for IXIS Real Estate Capital Trust 2006-HE3, a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed Chapter 11 Plan filed by the Debtors for the following reasons:

1. Deutsche Bank National Trust Company, as Trustee for IXIS Real Estate Capital Trust 2006-HE3, files this response to the proposed Clien Plan of the Debtors. The Chapter 11 Plan provides for an impermissible cram down of Deutsche Bank National Trust Company, as Trustee for IXIS Real Estate

Capital Trust 2006-HE3's lien interest on the real property commonly known as 4413 Redwood St., Sierra Vista AZ 85650.

Deutsche Bank National Trust Company, as Trustee for IXIS Real Estate Capital Trust 2006-HE3, objects to the value of the subject real property as Debtors arbitrarily proposes that the fair market value of Secured Creditor's claim is $165,000.00 without providing any legal or factual authority for such capricious treatment. Such modification is simply not supported by the Bankruptcy Code or the facts of this case.

WHEREFORE, secured creditor prays as follows:

(1) That the Clien Plan be denied.

(2) For such other relief as this Court deems proper.

DATED this 25th day of January, 2010.

                                      Respectfully submitted,

                                      TIFFANY & BOSCO, P.A.

                                      BY   /s/ MSB # 010167
                                                Mark S. Bosco
                                                Leonard J. McDonald
                                                Attorneys for Secured Creditor

COPY of the foregoing mailed
January 25, 2010 to:

Charles John Crowell and Christa Kaye Crowell
PO Box 1395
Hereford , AZ  85615
Debtors

Pernell W. McGuire
320 N. Leroux, Suite A
Flagstaff, AZ 86001
Attorney for Debtors

Office of the US Trustee
230 North First Ave.
Suite 204
Phoenix, AZ  85003
Trustee

By: Nicole Harrison